**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Kidd*, Slip Opinion No. 2022-Ohio-424.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-424

THE STATE OF OHIO, APPELLEE, *v.* KIDD, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *State v. Kidd*, Slip Opinion No. 2022-Ohio-424.]**

*Appeal dismissed as having been improvidently accepted.*

(No. 2021-0026—Submitted January 26, 2022—Decided February 16, 2022.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 110093.

_____

{¶ 1} This cause is dismissed as having been improvidently accepted.

FISCHER, DEWINE, DONNELLY, and STEWART, JJ., concur.

O'CONNOR, C.J., and BRUNNER, J., dissent and would reverse the judgment of the court of appeals.

KENNEDY, J., dissents and would affirm the judgment of the court of appeals.

_____

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Anthony T. Miranda, Assistant Prosecuting Attorney, for appellee.

Timothy Young, Ohio Public Defender, and Stephen P. Hardwick and Jessica Manungo, Assistant Public Defenders, for appellant, Shannon Kidd.

_____